Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINIO GARCIA ROJAS,<br><br>Defendant. | 1:21-CR-2023-RMP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm and Ammunition<br><br>18 U.S.C. § 924,<br>28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

On or about November 29, 2020, in the Eastern District of Washington, the Defendant, HERMINIO GARCIA ROJAS, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Smith & Wesson M&P 9mm handgun, bearing serial number HAS3972, and 29 rounds of 9mm ammunition bearing head stamp

INDICTMENT — 1

"FC 9mm LUGER", which firearm and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, HERMINIO GARCIA ROJAS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 13th day of July, 2021.

Joseph H. Harrington
Acting United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Todd M. Swensen
Assistant United States Attorney