# CHARGES AND PENALTIES

**CASE NAME:** Herminio Garcia ROJAS    **CASE NO.** 1:21-CR-2023-RMP-1

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jul 13, 2021
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm & Ammunition | CAG not more than 10 years imprisonment, and/or $250,000 fine, up to 3 years of supervised release, and a $100 special penalty assessment. |
|  | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461 (c) | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |