UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>-vs-<br>HERMINIO GARCIA ROJAS,<br><br>           Defendant. | Case No.  1:21-CR-02023-SMJ-1<br>CRIMINAL MINUTES<br><br>DATE:       JUNE 21, 2022<br>LOCATION:  YAKIMA<br><br>PRETRIAL CONFERENCE/MOTION HEARING |
|---|---|

Hon. Salvador Mendoza, Jr.

| Nicole Cruz | 02 | Marilynn McMartin |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Todd Swensen | | Paul Shelton |
| **Government Counsel** | | **Defense Counsel** |

[X] Open Court          [ ] Chambers          [ ] Teleconference

Defendant present, in custody of the US Marshal.

Argument by Mr. Shelton in support of Defendant's Motion to Terminate Federal Writ and Return Mr. Rojas to State Custody (ECF 41).

Argument by Mr. Swensen in opposition of motion.

Rebuttal argument by Mr. Shelton.
Rebuttal argument by Mr. Swensen.

**Court**: Defendant's Motion to Terminate Federal Writ and Return Mr. Rojas to State Custody (ECF 41) is **GRANTED.**

Mr. Shelton orally moves to stay proceedings pending return to federal custody.
No Objection by Mr. Swensen.

**Court**: Defendant's motion is **GRANTED.**

[ X ]  ORDER FORTHCOMING

| **CONVENED:** 9:01 A.M. | **ADJOURNED:** 9:20 A.M. | **TIME:** 0:19 HR. | **CALENDARED** [ X ] |
|---|---|---|---|